UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

MYKAYLA FAGNANI, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                           Plaintiffs,

                             v.

THORNE RESEARCH, INC.,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

:  ECF CASE
:
:
:
:  No.: 1:25-cv-9633
:
:
:
:
:
:
:

## NOTICE OF SETTLEMENT

To The Honorable Court:

        The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       February 12, 2025             Respectfully Submitted,

                                      **GOTTLIEB & ASSOCIATES PLLC**
                                      /s/ Michael A. LaBollita
                                      Michael A. LaBollita, Esq.

                                      Michael A. LaBollita (ML-9985)
                                      Jeffrey M. Gottlieb (JG-7905)
                                      Dana L. Gottlieb (DG-6151)
                                      GOTTLIEB & ASSOCIATES PLLC
                                      150 East 18th Street, Suite PHR
                                      New York, New York 10003
                                      Tel: 212.228.9795
                                      Fax: 212.982.6284
                                      Jeffrey@Gottlieb.legal
                                      Dana@Gottlieb.legal
                                      Michael@Gottlieb.legal
                                      *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

2/12/26